UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JAMIE BRUBAKER, )
)
    Plaintiff, )
)
v. ) No. 3:10-CV-477
) (Phillips)
MICHAEL DAVID BARRETT, et al., )
)
    Defendants. )

## ORDER OF DISMISSAL

Plaintiff filed this action on November 12, 2010 and obtained service of process against defendant Barrett on January 21, 2011. Plaintiff has dismissed her case against defendants AON Insurance Management Services, Inc. and Combined Insurance Company of America, but has taken no action to prosecute the case against defendant Barrett. On June 7, 2013, the court ordered plaintiff to show cause why this action should not be dismissed against defendant Barrett for failure to prosecute. Plaintiff has not responded to the court's order indicating to the undersigned that she does not desire to continue the prosecution of this case against defendant Barrett. Accordingly, the court finds that this action should be **DISMISSED**, **with prejudice**.

**IT IS SO ORDERED.**

                      **ENTER:**

                      s/ Thomas W. Phillips
                      United States District Judge